UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDGAR A. BEDOYA and NORMA BEDOYA, H/W, Plaintiffs, | : : : : |
| v. | : CASE NO. 1:16-CV-616 : |
| ENES TUHCIC, ARIZONA TRANSPORTATION, LLC, and D&D EXPRESS, INC., Defendants. | : : : : |

*O R D E R*

AND NOW, this 13th day of April, 2017, upon consideration of Plaintiffs' "Motion for Special Order of the Court Permitting Service by Publication," (Doc. 8), and in accord with the accompanying memorandum, it is ORDERED that:

(1) Plaintiffs' motion is DENIED.

(2) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff will have an additional forty-five (45) days from the date of this order in which to serve Defendants.

<u>/s/ William W. Caldwell</u>
William W. Caldwell
United States District Judge